UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHARLES MACK,

                Plaintiff,                  ORDER TO SHOW CAUSE

      -against-                        15-CV-4411 (WFK)

WAL-MART STORES EAST, LP,

                Defendant.
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      The Notice of Removal filed by defendant in this case is deficient, in that it fails to establish that the action was timely removed to federal court. Defendant is therefore directed to show cause, via ECF, by August 20, 2015, why the case should not be remanded to state court.

      SO ORDERED.

Dated:   Brooklyn, New York
           August 17, 2015

                                          /s/  *Roanne L. Mann*
                                          **ROANNE L. MANN**
                                          **UNITED STATES MAGISTRATE JUDGE**