

Dominick W. Lavelle, Esq. - Senior Attorney
Emily K. Lavelle, Esq. - Managing Attorney

Iris Winter - Office Manager

# The Lavelle Firm

"A family of Lawyers serving accident victims for over 22 years."

April 6, 2016

The Honorable Judge Roanne L. Mann
Courtroom #13C-S
225 Cadman Plaza East
Brooklyn, New York 11201

        Case Name: Mack v. Wal-Mart Stores East, LP
        Docket#: 15-CV-4411 (WFK)
        Our Reference No.: 14275

Dear Judge Mann,

I am pleased to inform you that this case has now settled for $180,000.00 as you recommended. Mr. Mack has executed the WalMart release and I have sent it to defense counsel today.

I must thank you for conducting a highly professional and informative settlement conference which enabled the parties to resolve a very difficult case without the need for extensive litigation.

Very truly yours,

Dominick W. Lavelle
Attorney for Plaintiff

100 Herricks Road
Suite 201
Mineola, New York 11501
(800) 745-HURT   (516) 739-8111
(516) 739-3917
www.dlavellelawfirm.com